NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

John A. Schlaff, State Bar No. 135748
The Las Offices of John A. Schlaff
2355 Westwood Boulevard, No. 424
Los Angeles California 90064

ATTORNEY(S) FOR:  Plainitffs Richard Ceja, etc.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD CEJA, FINN MCCLAFFERTY AND BRIAN WEIR<br><br>Plaintiff(s),<br>v.<br>THE CITY OF BEVERLY HILLS, etc.<br><br>Defendant(s) | CASE NUMBER:<br>2:22-cv-05884-MEMF-AGR<br><br>CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES<br>(Local Rule 7.1-1) |

TO:     THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for     Plaintiffs Richard Ceja, Finn O. McClaferty and Brian Weir
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| To Plaintiff's knowledge, no one other than the Plaintiffs and Defendants. | |

September 2, 2022
Date

Signature  *(signed)* John A. Schlaff

Attorney of record for (or name of party appearing in pro per):
John A. Schlaff