UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No. 2:22-cv-05884-MEMF                                   Date: November 28, 2022

Title: Richard Ceja, et al. v. Beverly Hills Police Department, et al.

---

PRESENT: The Honorable Maame Ewusi-Mensah Frimpong, U.S. District Judge

| Kelly Davis | None |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS FOR PLAINTIFF: | ATTORNEYS FOR DEFENDANT: |
|---|---|
| None Present | None Present |

**PROCEEDINGS: (IN CHAMBERS)**
**ORDER TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE DISMISSED FOR LACK OF PROSECUTION**

    The file in this case lacks the papers that would show it is being timely prosecuted, as reflected below. Accordingly, the Court, on its own motion, hereby orders plaintiff (s) to show cause in writing no later than **DECEMBER 9, 2022**, why this action should not be dismissed as to all remaining defendants for lack of prosecution.

    It is the responsibility of plaintiff to respond promptly to all Orders and to prosecute the action diligently, including filing proofs of service and stipulations extending time to respond. If necessary, plaintiff(s) must also pursue Rule 55 remedies promptly upon default of any defendant. All stipulations affecting the progress of the case must be approved by the Court, Local Rule 7-1.

    As an alternative to a written response by plaintiff(s), the Court will accept one of the following as an appropriate response to this OSC if it is filed on or before the above date, as evidence that the matter is being prosecuted diligently:

- Plaintiff's filing Proofs of Service on **ALL** Defendants

    No oral argument of this matter will be heard unless ordered by the Court. The Order will stand submitted upon the filing of a responsive pleading or motion on or before the date upon which a response by plaintiff(s) is due. **Plaintiff counsel is ordered to serve this document on defendant(s) within 24 hours after entry on the docket.**

Initials of Deputy Clerk: kd