O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| RICHARD CEJA, et al. | Case No.: 2:22-cv-05884-MEMF (AGRx) |
|---|---|
| Plaintiffs, | **ORDER GRANTING FURTHER STIPULATION REGARDING FILING OF FIRST AMENDED COMPLAINT AND RESPONSES THERETO [ECF NO. 29]** |
| v. | |
| THE CITY OF BEVERLY HILLS, et al. | |
| Defendants. | |

/ / /

/ / /

1

The Court having read and considered the parties' "FURTHER STIPULATION REGARDING FILING OF FIRST AMENDED COMPLAINT AND RESPONSES THERETO", and good cause having been shown therefor, the Court hereby orders as follows:

1. Plaintiffs shall have until March 7, 2023 to file their first amended complaint in this matter;
2. If Plaintiffs do not file their first amended complaint by that date, the served defendants shall have up to 14 days to file their motion to dismiss Plaintiffs' complaint;
3. If Plaintiffs file a first amended complaint in this matter, the served Defendants shall have up to 30 days to file a responsive pleading after the first amended complaint is filed.

**IT IS SO ORDERED.**

Dated: February 28, 2023

_____
MAAME EWUSI-MENSAH FRIMPONG
United States District Judge