Mark. D. Rutter (58194)
John J. Stumreiter (58415)
Esther Teixeira (346431)
CARPENTER, ROTHANS & DUMONT, LLP
500 S. Grand Avenue, 19th Floor
Los Angeles, CA  90071
Tel.: (213) 228-0400 / Fax: (213) 228-0401
mrutter@crdlaw.com; jstumreiter@crdlaw.com;
eteixeira@crdlaw.com

Attorneys for Defendants City of Beverly Hills, a public entity (sued as itself and erroneously sued as Beverly Hills Police Department); Capt. Max Subin, Shelly Ovrom, Lt. Kevin Orth, Sgt. Dale Drummond, Lt. Renato Moreno, Capt. Mark Rosen, Lt. Shan Davis, Lt. Terry Nutall, Capt. Elizabeth Albanese, and Det. Mark Schwartz as current or former employees of the City of Beverly Hills

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD CEJA, an individual, FINN O' MCCLAFFERTY, an individual, BRIAN WEIR, an individual,<br><br>                    Plaintiffs,<br><br>    v.<br><br>THE CITY OF BEVERLY HILLS, a California municipal corporation, THE BEVERLY HILLS POLICE DEPARTMENT, a municipal agency, CAPT. MARK ROSEN, an individual, CAPT. LINCOLN HOSHINO, an individual, CAPT. ELIZABETH ALBANESE, an individual, CAPT. MAX SUBIN, an individual, SHELLY OVROM, an individual, LT. DAVID HAMEL, an individual, LT. SHAN DAVIS, an individual, LT. TERRY NUTALL, an individual, LT. RENATO MORENO, an individual, CHIEF DAVID SNOWDEN, an individual, OFFICER ANNE MARIE LUNSMAN, an individual, LT. KEVIN ORTH, an individual, SGT. DALE DRUMMOND, an individual, DET. MARK SCHWARTZ, an individual, and DOES ONE through ONE HUNDRED (1-100),<br><br>                    Defendants. | Case No.: 2:22-cv-05884-MEMF-AGR<br>Judge:  Hon. Maame Ewusi-Mensah Frimpong<br>Cplt. filed: 08/18/2022<br><br>**DECLARATION OF JOHN J. STUMREITER AND EXHIBITS IN SUPPORT OF ABOVE-NAMED DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS SECOND AMENDED COMPLAINT AND CLAIMS THEREIN**<br><br>Date:  November 16, 2023<br>Time:  10:00 a.m.<br>Loc.:   Courtroom 8B<br>          U.S. Court House<br>          350 W. First St.<br>          Los Angeles CA 90012 |

# DECLARATION OF JOHN J. STUMREITER

I, John J. Stumreiter, declare:

1. I am an attorney at law licensed to practice in all the courts of the state of California. I work for the law firm of Carpenter, Rothans, & Dumont, LLP, attorneys of record for Defendant City of Beverly Hills and the individual defendants referenced at the top of the caption page. I have personal first hand knowledge of the facts stated herein; I can and do testify competently thereto.

2. In connection with the original complaint, prior counsel had sent a meet and confer letter of December 16, 2022, a copy of which is attached as Exhibit F.

3. In response, plaintiffs chose to file a First Amended Complaint. The time for doing so was extended to February 22, 2023 (Dkt. 18, 19) and then to March 7, 2023 (Dkt. 29, 30).

4. The First Amended Complaint was filed on March 8, 2023. (Dkt. 40.) The Court's order allowing filing gave 30 days to respond. (Dkt. 30.) The response was thus originally due on April 7, 2023.

5. On March 30, 2023, Ms. Teixeira of this office sent a meet-and confer email to plaintiff's counsel as set forth in her declaration made with respect to the First Amended Complaint, copy of which is attached as Exhibit G. (The letter referenced therein as Exhibit A is attached hereto as Exhibit H.) I affixed the digital signature of Ms. Teixeira to such declaration, pursuant to her consent for me to do so and to file the same.

5. On March 31, 2023, I sent a meet-and-confer email to plaintiff' counsel (which was in addition to, and did not supersede, Ms. Teixeira's meet and confer email). A true and correct copy of my March 31 email is attached as Exhibit I. In that email, I noted that the First Amended Complaint made only slight changes to the original complaint, and that the meet-and-confer arguments of prior counsel, directed to the original complaint, still applied to the First Amended Complaint.

6. When I got in contact with plaintiff's counsel, we reached a stipulation, approved by the Court, to extend the time for response to the First Amended Complaint to April 28, 2023, in hopes of getting further meeting and conferring done.

7. Ultimately, plaintiff chose to file a Second Amended Complaint. We reached an agreement to permit its filing. (Dkt.44.) The Court made an order allowing it to be filed by May 22, 2023; if not filed, a respond to the First Amended Complaint would be due May 29, 2023. (Dkt. 47.) (Since May 29 is a federal holiday, the due date was automatically extended to May 30, 2023, under Rule 6, F. R. Civ. P.) By further stipulations and orders, the deadlines were extended.

8. On June 6, 2023, plaintiffs filed their Second Amended Complaint.

9. I reviewed that complaint and determined that the changes made, though extensive in terms of number of words, did not actually make a substantive change so as to override the arguments already presented as to the adequacy of the original complaint and the First Amended Complaint.

10. On June 27, 2023, I sent a detailed email to counsel for plaintiff in which I set forth the arguments about the Second Amended Complaint. A true and correct copy of such email is attached as Exhibit J.[1]

11. I have not yet heard back from counsel for plaintiffs.

12. The documents attached as Exhibits A through F to the Request for Judicial Notice are true and correct copies of material which my firm obtained in connection with this matter.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed at Los Angeles, California, on July 6, 2023.[2]

/s/ *John J. Stumreiter*

---

[1] The letter refers to the March 30 and March 31 emailed meet and confer communications but refers to them with dates in May rather than March.
[2] Hearing date amended on July 7 to conform to change made by Court.